MARLON D. THOMAS
718380 - I.D. NO. TDCJ

WAYMOND JACKSON
738 19 I.D. NO.

JARRAID ROGERS
1847726 I.D. NO.

(PLAINTIFFS)

versus

Sgt. Slyger

William Stephens
(RESPONDENT)

United States District Court
Southern District of Texas
FILED
JUN 13 2016
David J. Bradley, Clerk of Court

## Jurisdiction and Venue

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. Section 1983 to redress the Deprivation, UNDER Color of STATE LAW of Rights SECURED BY THE Constitution of THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. Section 1331 AND 1343(a)(3). PLAINTIFFS SEEKS TEMPORARY RESTRAINING ORDER AUTHORIZED BY RULE 65 OF THE FEDERAL RULES AND OF CIVIL PROCEDURE.

2. THE SOUTHERN DISTRICT IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVEN RISE TO THIS CLAIM OCCURED.

## FACTS

C.O. PALMER SUPERVISED AND WITH Sgt. Slyger of 8610 2ND SHIFT Polunsky UNIT JUNE 7, 2016 5:00AM; THE OFFICERS

ATTEMPTED TO REFUSE ISLAMIC RAMADAN TO PLAINTIFFS OR GAVE THEM OPTION TO SACRIFICE THEIR PERSONAL PROPERTY WITHOUT CASE NOR CONFISCATION PAPERS.

THE OFFICERS ATTEMPTED TO REFUSE THE PRACTICE AMONGST THE REST OF ISLAMIC BRETHEREN. OFFICER PALMER AND SUPERVISOR SLYGER WERE IN FACT ACTING WITHIN THE COLOR OF THE LAW, 3/et THEIR ACTIONS IS IN FACT A CLEAR THREAT TO PROTECTED FIRST AMENDMENT RIGHTS TO PRACTICE RELIGION FREELY WITHOUT THE RISK OF PROPERTY LOST; PROTECTED BY COMMON-LAW CONSTITUTION.

PLAINTIFFS SEEK TEMPORARY RESTRAINING ORDER UNTIL FURTHER LITIGATION EXHAUSTION IS COMPLETE.

### DECLARATION

THE FOLLOWING HEREBY DECLARE THE ABOVE IS TRUE IN FACT:

Julius TATUM II — [signature]
01625850

Waymond Jackson
Waymond Jackson #738719

Roosevelt L. Smith
[signature] #1931948

Marlon Thomas 718380

Jesus Hernandez #1453951

Darnrad Reyes #1847726

[signature]
Julius Tatum II
01625850
Pro-Se
Polunsky UNIT
3872 FM 350 S.
Livingston, TX 77351

Julius TATUM
01625850
Polunsky Unit
3872 FM 350 S.
Livingston, TX 77351

CONFIDENTIAL
LEGAL

United States District Court
Southern District of Texas
FILED
JUN 13 2016
David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
20 JUN 2016 PM 6 L

HOUSTON DIVISION
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TX 77208

77208-101010